UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| LEO KITCHEN, | Case No. 4:99-cv-04293 PJH |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security, | |
| Defendant. | |

    IT IS HEREBY ORDERED upon application by the parties and good cause that this action be reopened and dismissed with prejudice, each party to bear its own fees, costs, and expenses.

Date: June 22, 2011



_____
THE HONORABLE PHYLLIS J. HAMILTON
United States

1